47 So.2d 247

## James Hugh BYNUM v. STATE.
### 6 Div. 73.

Supreme Court of Alabama.
June 22, 1950.

A. A. Carmichael, Atty. Gen., and M. Roland Nachman, Jr., Asst. Atty. Gen., for the petition.

Andrew W. Griffin and Winton G. Wilson, of Birmingham, opposed.

FOSTER, Justice.

We have examined the petition for certiorari in connection with the opinion of the Court of Appeals and we are of the opinion that the petition is without merit.

Writ denied.

BROWN, LIVINGSTON, LAWSON, SIMPSON and STAKELY, JJ., concur.